UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 25-23997-CIV-CANNON

**JOSE LUIS TAMAYO**,

        Petitioner,

v.

**KROME DETENTION CENTER**,
*et al.*,

        Respondents.
_____/

## ORDER OF DISMISSAL FOR FAILURE TO COMPLY WITH COURT ORDER

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. On September 3, 2025, Petitioner Jose Luis Tamayo ("Petitioner") filed a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1]. On September 5, 2025, this Court entered an order requiring Petitioner to either pay the $5.00 filing fee or file a legally sufficient motion to proceed *in forma pauperis* [ECF No. 3]. The Court warned that "failure to pay the filing fee or to file a compliant motion to proceed *in forma pauperis*" would result in dismissal of the case without further notice [ECF No. 3 p. 2].

A district court may dismiss a case, on its own initiative, if a petitioner abandons its prosecution of the suit. *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Id.*; *see also McNair v. Johnson*, 143 F.4th 1301, 1306 (11th Cir. 2025). That disposition is warranted here. The Court warned

1

CASE NO. 25-23997-CIV-CANNON

Petitioner to pay the filing fee or to file a legally sufficient IFP motion by October 4, 2025. Yet Petitioner has neither complied with the deadline nor moved for an extension to do so.

Accordingly, upon a full review of the record, it is hereby **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court orders.

2. The Clerk is ordered to **CLOSE** this case.

3. The Clerk shall **MAIL** a copy of this order to Petitioner at the address listed below and file a Notice of Compliance confirming the same.

**ORDERED** in Chambers in Fort Pierce, Florida, this 22nd day of October 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: **Jose Luis Tamayo,** *pro se*
A-024-053-286
Krome Service Processing Center
Inmate Mail/Parcels
18201 S.W. 12th Street
Miami, Florida 33194

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov